HENRY POTTER. Respondent, v. J. RABINOVICH, INC., Appellant.—

No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.